UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROGERS,<br><br>      Plaintiff,<br><br>    -v.-<br><br>BOMBAY GRILL HOUSE, INC. and 766 NINTH CORP.,<br><br>      Defendants. | 19 Civ. 5275 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  Defendants' counsel is hereby ORDERED to be prepared to make an oral application for attorneys' fees and costs during the Order to Show Cause hearing scheduled for March 24, 2020, at 10:00 a.m. Defendants' counsel shall present: (i) the amount of fees and costs sought, with substantiation for both; (ii) the hourly billable rate counsel seeks to charge; and (iii) evidence of counsel's qualifications to justify the hourly billable rate sought.

  SO ORDERED.

Dated: March 20 2020
     New York, New York

                       KATHERINE POLK FAILLA
                       United States District Judge