# THE MARKS LAW FIRM, P.C.

March 22, 2020

**<u>Via ECF</u>**
Honorable Katherine Polk Failla
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 618
New York, New York 10007



        **RE:** **<u>Eric Rogers v. Bombay Grill House, Inc et al</u>**
             Docket: 1:19-cv-5275-KPF

Dear Judge Failla,

    Plaintiff respectfully request an adjournment of the Order to Show Cause conference scheduled for March 24, 2020.

    In accordance with current government and health officials recommendation to self-isolate and the temporary closing of many businesses, Plaintiff believes an adjournment of the currently scheduled conference is appropriate. Further, Plaintiff's counsel is unable to access our office due to current restrictions and unable to access necessary files for the conference. Therefore, Plaintiff requests a sixty (60) day adjournment of the Order to Show Cause conference. This is the first request of its kind.

    We thank you and the Court for its time and consideration on this matter.

                                            Respectfully Submitted,

                                           The Marks Law Firm, P.C.

                                           By: _____
                                                   Bradly G. Marks

175 Varick Street, 3 ᵈ FL, New York, New York 10014
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com

Application GRANTED.  The Order to Show Cause hearing currently scheduled for March 24, 2020, is hereby ADJOURNED to May 29, 2020, at 10:00 a.m. in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

It is further Ordered that Plaintiff shall serve by personal service a copy of this Order on Defendants Bombay Grill House, Inc. and 766 Ninth Corp., by 5:00 p.m. on March 27, 2020.

Dated:    March 23, 2020          SO ORDERED.
          New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE