UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ERIC ROGERS,<br><br>                    Plaintiff,<br><br>           -v.-<br><br>BOMBAY GRILL HOUSE, INC. and 766 NINTH CORP.,<br><br>                    Defendants. | 19 Civ. 5275 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

    For the reasons stated on the record during the May 29, 2020 conference in this matter, the certificates of default entered against Defendants are hereby VACATED (Dkt. #10), and the matter is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).  The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

    SO ORDERED.

Dated:  May 29 2020
           New York, New York

                                      KATHERINE POLK FAILLA
                                      United States District Judge